PROB 35A

**ORDER TERMINATING PRISON TERM AND TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE--NOTICE OF DEATH**



**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

JUL 2 0 2005

**CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) |
| Presentacion Flores CABRERA | ) |

Docket Number: 2:96CR00095-04

On June 5, 2000, the above-named was sentenced to 96 months BOP followed by a 12-month term of supervised release for Use of a Communication Facility to Facilitate a Drug Offense. On April 21, 2005, this office was notified by the Federal Bureau of Prisons that Presentacion Flores CABRERA, while serving his prison sentence, died. This was confirmed by the Federal Medical Center, Butner staff on April 3, 2005 (attached is a copy of the notification and death certificate). It is accordingly recommended that this case be closed.

Respectfully submitted,

**CYNTHIA J. MAZZEI
United States Probation Officer**

Reviewed by:

**RAFAEL G. LOYA
Supervising United States Probation Officer**

**ORDER OF COURT**

It is ordered that the proceedings in the case be terminated and the case closed.

Dated this ___2___ day of ____June____, 2005.

**DAVID F. LEVI
Chief United States District Judge**

Attachment
cc:     Assistant United States Attorney
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

Rev. 12/2004
PROB35A.MRG



U.S. Department of Justice

Federal Bureau of Prisons
Federal Medical Center
Post Office Box 1500
Butner, North Carolina 27509
**919-575-3900**

April 8, 2005

The Honorable David F. Levi
United States District Court
2500 U.S. Courthouse
501 I Street
Sacramento, California 95814

RE:    CABRERA, Presentacion Flores
       Reg. No.: 44119-083
       Docket No.: 2:96CR00095-04

Dear Judge Levi:

This letter is to inform you of the death of Mr. Presentacion Flores Cabrera.. On June 15, 2000,
Mr. Cabrera was sentenced to a term of 96 months with 12 months of Supervised Release for Use
of a Communication Facility to Facilitate a Drug Offense. Mr. Cabrera arrived at the Federal Medical
Center (FMC), Butner, North Carolina, on May 26, 2004 for medical treatment.

On April 3, 2005, at FMC Butner, Mr. Cabrera was pronounced dead at 6:24 a.m.. The cause of death is
listed as Metastatic Gastro Adenocarcinoma.

If I can be of further assistance regarding Mr. Cabrera's case, please do not hesitate to contact me.

Sincerely,

A. F. Beeler, Warden
FCC Butner (Medical)

cc: Mr. K.M. White, Director
Mid-Atlantic Regional Office
Junction Business Park
Federal Bureau of Prisons
10010 Junction Drive, Suite 100-N
Annapolis Junction, MD   20701

Mr. Mc Gregor W. Scott AUSA
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814

Mrs. Sue H. Sorum, Chief
United States Probation Office
2500 United States Courthouse
501 I Street
Sacramento, CA 95814-7300

Case 2:96-cr-00095-DFL   Document 140   Filed 07/20/05   Page 4 of 4

COPY 1
STATE COPY

## NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
### CENTER FOR HEALTH STATISTICS — NC VITAL RECORDS
## MEDICAL EXAMINER'S CERTIFICATE OF DEATH

Registration District No. 032-00   Local No. 37

**DECEDENT'S NAME (First, Middle, Last):** Presentacion Flores Cabrera    **SEX:** M   **DATE OF DEATH (Month, Day, Year):** 4-3-05

Presentacion Cabrera

**SOCIAL SECURITY NUMBER:** 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   **AGE—Last Birthday (Years):** 40   **DATE OF BIRTH:** 1/21/1964   **BIRTHPLACE:** Honduras

**WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No):** No

**PLACE OF DEATH:** OTHER (Specify): Prison

**FACILITY NAME:** Butner FMC   **CITY, TOWN, OR LOCATION OF DEATH:** Butner   **INSIDE CITY LIMITS?:** Yes   **COUNTY OF DEATH:** Durham

**MARITAL STATUS:** Married   **SURVIVING SPOUSE:** Rosalba Cabrera   **DECEDENT'S USUAL OCCUPATION:** Production   **KIND OF BUSINESS/INDUSTRY:** Canery

**RESIDENCE—STATE:** CA   **COUNTY:**   **CITY, TOWN, OR LOCATION:** Turlock   **STREET AND NUMBER:** 527 Castor

**INSIDE CITY LIMITS?:** No   **ZIP CODE:** 95380   **Was Decedent of Hispanic Origin?:** Yes   **RACE:** Hispanic   **DECEDENT'S EDUCATION:** None

**FATHER'S NAME:** Simeon Cabrera   **MOTHER'S NAME:** Fransisca Flores

**INFORMANT'S NAME:** FCI Records   **MAILING ADDRESS:** Butner, NC

**Part I.** IMMEDIATE CAUSE: Metastatic Gastric Cancer

**PART II.** WAS AN AUTOPSY PERFORMED: NO

**MANNER OF DEATH:** Natural

**TIME OF DEATH:** 06:24 A

**DATE PRONOUNCED DEAD:** 4-3-05   **DATE SIGNED:** 4-4-05

**NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** Ryan Heiman, MD DCME Chapel Hill, NC 27514

**METHOD OF DISPOSITION:** Burial   **PLACE OF DISPOSITION:** Granville Mem. Gardens, Stem, NC

**NAME AND ADDRESS OF FUNERAL HOME:** Professional Mortuary Svc. 612 Trent Dr. Durham, NC 27715

**NAME OF FUNERAL DIRECTOR:** Lester S. Sandlin   **LICENSE NUMBER:** 712

**NAME OF EMBALMER:** Lester S. Sandlin   **LICENSE NUMBER:** 712

**DATE FILED:** 4-14-2005

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT REPRODUCTION OR ABSTRACT
OF THE OFFICIAL RECORD FILED IN THIS OFFICE.

WILLIE L COVINGTON
REGISTER OF DEEDS
DURHAM COUNTY

WITNESS MY HAND OFFICIAL SEAL
THIS THE 14TH DAY OF APRIL, 2005

BY NAME: FMC HEALTH INFORMATION